**236** ROBISON (Pros. Attorney) vs. RECORDERS' COURT JUDGE (Detroit), 59 M., 529.

To compel respondent to proceed to the trial of certain indictments for bribery, found in the Circuit Court for the County of Wayne, and quashed for want of jurisdiction.

Granted February 3, 1886.

Held, that while the Attorney General should represent the people in the Supreme Court, there is no rule of law preventing that court from considering an application by the prosecuting attorney of a county, to set a court in motion to proceed in a case under his control therein; that a decision quashing an indictment is reviewable, and mandamus is the more appropriate writ.

**237** WARE (Pros. Attorney) vs. CIRCUIT JUDGE (Branch), 75 M., 488.

To compel respondent to assume jurisdiction over and try an information for alleged breach of the peace, charged to have been committed by the use of false, abusive and insolent language, in a dwelling house in the presence of the occupants, but accompanied with no threat and causing no expectation or fear of personal violence.

Denied June 28, 1889.

Held, not to be a breach of the peace within the common law definition of that term.